UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN WARD,

        Petitioner,

                              Case No. 10-11942

v.

                              Honorable Patrick J. Duggan

CINDI S. CURTIN,

        Respondent.
_____/

## JUDGMENT

On May 13, 2010, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction for first-degree murder, Michigan Compiled Laws § 750.316. On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED**.

Dated: May 12, 2011                              s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Nathan Ward, #132491
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

Debra M. Gagliardi, A.A.G.